**Ari H. Marcus, Esq.**
Licensed to Practice in NJ, NY & PA
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ & NY
YZelman@MarcusZelman.com

# MARCUS & ZELMAN, LLC
ATTORNEYS & COUNSELLORS AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

**NEW YORK OFFICE**:
1 Deer Run Road
Pomona, New York 10970
***All Correspondence to NJ Office***

December 17, 2019

**Via ECF**
The Honorable United States District Judge Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Accardo v. Equifax, Inc. et. al.**
**Civil Action No**: **2:18-cv-05030-JS-AKT**

Dear Judge Seybert,

The undersigned represents the Plaintiff in the above referenced matter.

Please be advised that this matter has been settled as to the claims against Defendant **Lending Club**. It is therefore respectfully requested that the matter be stayed for sixty days, to allow the parties to finalize settlement details and submit a Stipulation of Dismissal.

Defendant's counsel has consented to this request and is copied on this communication.

Please contact the undersigned with any questions Your Honor may have.

Thank you.

Respectfully Submitted,

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC

YZ/llh