Case 2:18-cv-05030-JS-AKT Document 79-1 Filed 02/24/20 Page 1 of 1 PageID #: 472

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

---

JOSEPH ACCARDO,

        **Plaintiff,**

    -v-

EQUIFAX, INC., TRANSUNION, LLC,
SYNCHRONY FINANCIAL, LENDING
CLUB,

        **Defendant.**

Civil Case Number: **2:18-cv-05030-JS-AKT**

ORDER

---

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 24, 2020 Stipulation of Dismissal, all claims asserted against Defendant **LENDING CLUB** in Civil Action No. 2:18-cv-05030-JS-AKT, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** ___5TH___ **day of** _March_ , 2020.
Central Islip, New York

/S/ JOANNA SEYBERT
_____
HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE

The Clerk of the Court is DIRECTED to mark this case Closed and to TERMINATE all pending Motions.